IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

THADIUS CRAWFORD,

      Appellant,

v.                                                                    Case No.  5D15-3553

DEPARTMENT OF REVENUE
O/B/O JANICIA BAKER,

      Appellee.

_____/

Opinion filed May 10, 2016

Administrative Appeal from the
Florida Department of
Revenue.

Thadius Crawford, Palatka, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Toni C. Bernstein,
Assistant Attorney General, Tallahassee,
for Appellee.

PER CURIAM.


      AFFIRMED.  See Fla. R. App. P. 9.315(a).



PALMER, EVANDER, and WALLIS, J.J., concur.